# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:17-CR-198-A    DEFT NO. 04

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| | § | |
| v. | § | |
| | § | |
| TYLER JAMES LEVERETT | § | JAMES J. MONGARAS, JR., APPOINTED |
| Defendant's Name | | Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: April 6, 2018
Hearing Type:   ☐ Sentencing Hearing - Contested   ✔ Sentencing Hearing - Non-Evidentiary
Time in Court: 14 mins.
Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial   ✔ Guilty Plea   ☐ None
Days in Trial: _____
Hearing Concluded:  ✔ Yes  ☐ No

✔ .. Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 135 months.
✔ .. Deft. placed on: Supervised Released for 5 years.
☐ .. Restitution ordered in the amount of $_____ and/or  ☐ Fine imposed in the amount of $_____.
☐ .. Count _____ dismissed on government's motion.
✔ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $100.00 special assessment on Count 1 of the Superseding Information.

☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on _____
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued  ☐ revoked.
✔ ...... Deft Advised of right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody.  ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR -6 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

✔ OTHER PROCEEDINGS/INFORMATION: Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.